UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| Blas Lopez-Castro | ) |
| | ) |
| Defendant(s) | ) |

CRIMINAL NO. _07mj 2924_ _08cr 0023 pms_

ORDER

RELEASING MATERIAL WITNESS

Booking No. 92241198

On order of the United States District/Magistrate Judge,    **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Lucila Martinez-Mota

DATED: ___1/3/08___

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
          Deputy Clerk