JAN - 3 2007
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0023-DMS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| BLAS LOPEZ-CASTRO, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 17, 2007, within the Southern District of California, defendant BLAS LOPEZ-CASTRO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Lucila Martinez-Mota, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: January 3, 2008

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:mg:San Diego
12/19/07