**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs __Blas Lopez-Castro__                              No. __08CR0023-DMS__

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __1/10/08__ and ended on __3/28/08__ ; (X7,XT1)
_____ and ended on _____ . ( )

3161(h)
____ (1)(A)      Exam or hrg for **mental or physical incapacity**                                      A
____ (1)(B)      **NARA** examination (28:2902)                                                          B
____ (1)(D)      State or Federal trials or **other charges pending**                                    C
____ (1)(E)      **Interlocutory appeals**                                                               D
____ (1)(F)      Pretrial motions (from flg to hrg or other prompt dispo)                                E
____ (1)(G)      **Transfers from other district** (per FRCrP 20, 21 & 40)                               F
____ (1)(J)      **Proceedings under advisement** not to exceed thirty days                              G
____             Misc proc: Parole or prob rev, deportation, **extradition**                             H
_X__ (1)(H)      **Transportation** from another district or to/from examination                         6
                 or hospitalization in ten days or less                                                 (7)
____ (1)(I)      Consideration by Court of **proposed plea agreement**
____ (2)         **Prosecution deferred** by mutual agreement                                            I
____ (3)(A)(B)   **Unavailability of defendant or essential witness**                                    M
____ (4)         Period of **mental or physical incompetence** of defendant to                           N
                 stand trial
____ (5)         Period of **NARA commitment or treatment**                                              O
____ (6)         **Superseding indictment and/or new charges**                                           P
____ (7)         **Defendant awaiting trial of co-defendant** when no severance                          R
                 has been granted
____ (8)(A)(B)   Continuances granted per (h)(8)-use "T" alone if more than                              T
                 one of the reasons below are given in support of continuance
____ (8)(B)(I)   1) Failure to grant a **continuance** in the proceeding                                (T1)
                    would result in a **miscarriage of justice** and
                    the ends of justice outweigh the best interest
                    of the public and the defendant in a speedy trial.
                    **(Continuance - miscarriage of justice)**
_X__             2) Failure to grant a **continuance** of the trial would result in
                    a miscarriage of justice as the defendant has tendered a
                    guilty plea to a magistrate judge and is awaiting a
                    determination as to whether the plea will be accepted.
                    **(Continuance - tendered a guilty plea)**
____ (8)(B)(ii)  2) Case unusual or **complex**                                                          T2
____ (8)(B)(iii) 3) Indictment following arrest **cannot be filed** in thirty (30) days                  T3
____ (8)(B)(iv)  4) Continuance granted in order to obtain or substitute counsel,                        T4
                    or give reasonable time to prepare
                    **(Continuance re counsel)**
____ 3161(I)     Time up to withdrawal of guilty plea                                                    U
____ 3161(b)     Grand jury indictment time extended thirty (30) more days                               W

Date __1-10-08__                                     _____
                                                          Judge's Initials