1 **JOHN C. ELLIS, JR.**
California State Bar Number 228083
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 john_ellis@fd.org

5 Attorneys for Mr. Lopez-Castro

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HON. DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,        )   Case No. 08cr0023-DMS
                                    )
12         Plaintiff,                )
                                    )   **JOINT MOTION TO CONTINUE**
13 v.                               )   **SENTENCING HEARING**
                                    )
14 BLAS LOPEZ-CASTRO,               )
                                    )
15         Defendant.                )
                                    )

17   Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John
18 C. Ellis, Jr., and Federal Defenders of San Diego, Inc., counsel for Blas Lopez-Castro, along with Assistant
19 United States Attorney Christina McCall, that the sentencing hearing set for March 28, 2008 at 9:00 a.m. be
20 rescheduled to **Friday, April 18, 2008, at 9:00 a.m.**

21   Respectfully submitted,

23 DATED:   March 19, 2008          */s/ John C. Ellis, Jr.*
                                    **JOHN C. ELLIS, JR.**
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Blas Lopez-Castro

26 DATED:   March 19, 2008          */s/ Christina McCall*
                                    **CRISTINA MCCALL**
27                                  Assistant United States Attorney
                                    christina.mccall@usdoj.gov