UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0023-DMS |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | JOINT MOTION TO CONTINUE |
| ) | SENTENCING HEARING |
| BLAS LOPEZ-CASTRO, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for March 28, 2008 at 9:00 a.m. be continued until April 18, 2008 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: March 19, 2008

_____
HON. DANA M. SABRAW
United States District Judge